Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

____Tampa____ Division

Derrick Crowder

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

World Product Solutions

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:22 cv 725 WFJ-SPF
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Derrick Crowder
   Street Address: 218 Florida Ave Apt 4
   City and County: Dundee, Polk County
   State and Zip Code: Florida, 33838
   Telephone Number: 727 748 3913
   E-mail Address: Dubydred1@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

- Name: Mark — World Product Solutions
- Job or Title (if known): Manager
- Street Address: 7205 30th Ave North
- City and County: St. Petersburg, Pinellas County
- State and Zip Code: Florida, 33710
- Telephone Number: 877 516 2200
- E-mail Address (if known):

**Defendant No. 2**

- Name: Slovka — World Product Solutions
- Job or Title (if known): Supervisor
- Street Address: 7205 30th Ave North
- City and County: St. Petersburg, Pinellas County
- State and Zip Code: Florida, 33710
- Telephone Number: 877-516-2200
- E-mail Address (if known):

**Defendant No. 3**

- Name: Palvi — World Product Solutions
- Job or Title (if known): Supervisor
- Street Address: 7205 30th Ave North
- City and County: St. Petersburg, Pinellas County
- State and Zip Code: Florida, 33710
- Telephone Number: 877-516-2200
- E-mail Address (if known):

**Defendant No. 4**

- Name: Gregory Shell — World Product Solutions
- Job or Title (if known): HR Manager
- Street Address: 7205 30th Ave North
- City and County: St. Petersburg, Pinellas County
- State and Zip Code: Florida, 33710
- Telephone Number: 877-516-2200
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | World Product Solutions |
| Street Address | 7205 30th Ave N. |
| City and County | St. Petersburg, Pinellas County |
| State and Zip Code | Florida, 33710 |
| Telephone Number | 877-516-2200 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Other federal law *(specify the federal law)*:

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **1-08-2021**

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

On 1/08/21 around 8am, I was told to wear my mask properly for Covid 19 by a supervisor (white woman) Her name is either (Palvi/Slovka) after she walked away I took pictures with my phone of a white woman (employee) that was closer to her before and after she instructed

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

me to pull my beard mask off of my nose and cover my nose and mouth with the mask, For which the white employee was wearing her mask Improperly and the supervisor did not Instruct her to do the same as she told me. Then a employee told The line leader I was on my phone then The line leader Told Mark the Manager and He then Instructed me that IF I use my phone I was Being sent Home so I told him my Reason was to take pictures of discrimination then he dismissed me after I said

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

I will take more pictures of discrimination IF I witness any more

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date)

4/30/2021

B. The Equal Employment Opportunity Commission (check one):

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on (date) _____.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Injury of Feelings, Financial loss, hurt and distress depression, damages For Harresment

3 x ($45,000) For Injury of Feeling (depressed, oppressed)

($1,500) Financial loss 3 days to search and pay For papers to be prepared For this Case Time away From work plus The stress. That caused me to lose other jobs being oppressed this and previous previous jobs

Page 5 of 6

Relief continued.

and Aggravated demeges $10,000.
He agreed In The video It was racism and I
gave my reason For using the Phone to protect my civil
Rights. Adding to a total of $71,000 In damages

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/29/22

Signature of Plaintiff: *[signed]*

Printed Name of Plaintiff: Derriele Crowder

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address: